## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO.** 23 - 5580 - JCD |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1) – (Knowingly** |
| **BRENT MELDRUM** | : | **Entering or Remaining in any Restricted** |
| | : | **Building or Grounds** |
| **Defendant.** | : | **Without Lawful Authority),** |
| | : | **18 U.S.C. § 1752(a)(2) (Disorderly or** |
| | : | **disruptive conduct in a restricted building** |
| | : | **or grounds),** |
| | : | **40 U.S.C. § 5104(e)(2)(D) (Disorderly or** |
| | : | **disruptive conduct in a Capitol building) ,** |
| | : | **40 U.S.C. § 5104(e)(2)(G) (Parading,** |
| | : | **Demonstrating, or Picketing in a Capitol** |
| | : | **Building).** |
| | : | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Brian Gutierrez, Special Agent, Federal Bureau of Investigation, do hereby make oath

before the Honorable Judith G. Dein, United States Magistrate Judge for the District of

Massachusetts, that upon knowledge coming to me in connection with my official duties and as

part of the official records of my office, I am advised that there is presently outstanding a warrant

of arrest for one Brent Meldrum on a criminal complaint issued by  the United States District Court

for the District of Columbia on November 28, 2023, charging the defendant with violations of 18

U.S.C. § 1752(a)(1)(Knowingly Entering or Remaining in any Restricted Building or Grounds

Without Lawful Authority); 18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a

restricted building or grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a

Capitol building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a

Capitol Building).  I do hereby make oath that this warrant of arrest is outstanding in said District

on the basis of the information set out above.  A copy of said warrant is attached.

_____

Brian Gutierrez
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this  4th  day of December, 2023.

HON. JUDITH G. DEIN
United States Magistrate Judge