AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

*23 - 5580 - JGD*

United States of America
v.

Brent Meldrum

)
)
)
)
)
)
)

Case: 1:23-mj-00321
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/28/2023
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Brent Meldrum _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:     11/28/2023 _____

*M.U.Upad*

_____
*Complainant's signature*

City and state:     Washington, D.C.

Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*

| Return |
|--------|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |